[No. 48214-9-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LYNN JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09001-0, LeRoy McCullough, J., entered March 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48216-5-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ANTHONY RED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08439-6, Richard D. Eadie and LeRoy McCullough, JJ., entered March 26, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 48247-5-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LAVELL SLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05830-2, LeRoy McCullough, J., entered March 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48252-1-I.   Division One.   March 25, 2002.]

YOUNG CHO, ET AL., *Appellants*, v. FIRST HERITAGE BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-02014-4, Gerald L. Knight, J., entered February 20, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington and Schindler, JJ.